**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00764-WCB-RSP (Consolidated) |
| v. | § § | **LEAD CASE** |
| CHIPOTLE MEXICAN GRILL, INC., | § § | Jury Trial Demanded |
| *Defendant.* | § § | |

**ENTRY OF APPEARANCE OF COUNSEL
FOR DIETGOAL INNOVATIONS LLC**

Plaintiff DietGoal Innovations LLC hereby notifies the Court that Timothy J.H. Craddock of the firm Buether Joe & Carpenter, LLC has entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

>Timothy J.H. Craddock
>BUETHER JOE & CARPENTER, LLC
>1700 Pacific Avenue, Suite 4750
>Dallas, TX  75201
>Direct: (214) 730-5660
>Fax:    (972) 707-1248
>Email:  Tim.Craddock@BJCIPLaw.com

**NOTICE OF APPEARANCE**                                                                 **Page 1**

Dated:  May 28, 2014  Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:   */s/ Timothy J.H. Craddock*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Timothy J.H. Craddock
State Bar No. 24082868
Tim.Craddock@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com
Michael D. Ricketts
State Bar No. 24079208
Mickey.Ricketts@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:  (214) 730-5660
Facsimile:  (972) 707-1248

**THE LAW OFFICES OF DAMON YOUNG**

Damon M. Young
State Bar No. 2176700
damon@dylawoffices.com

4122 Texas Boulevard / P.O. Box 1897*
Texarkana, TX.  75503 (*04*)
Telephone:  (903) 794-1303
Facsimile:  (903) 792-5098

**ATTORNEYS FOR PLAINTIFF
DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 28th day of May, 2014.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                */s/ Timothy J.H. Craddock*
                                Timothy J.H. Craddock