IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 2:12-cv-00764-WCB-RSP |
| CHIPOTLE MEXICAN GRILL, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiff DietGoal Innovations, LLC's Unopposed Motion for Extension of Time to File Certain Responses (Dkt. No. 57). The Motion is GRANTED. The Court ORDERS that the deadline for DietGoal to respond to each of Defendants' motions for summary judgment for which an extension is sought (Dkt. Nos. 38, 40, 41, 43, 44, 47, and 48) is June 11, 2014. DietGoal shall have five (5) days to file any sur-replies to the above motions, in addition to any additional time permitted by Local Rule CV-6.

IT IS SO ORDERED.

SIGNED this 9th day of June, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1