**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 2:12-cv-00764-WCB-RSP |
| | § | |
| CHIPOTLE MEXICAN GRILL, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

The parties are directed to file memorandums, each no more than 10 pages in length, stating their views as to the effect of the decision in <u>Dietgoal Innovations LLC v. Bravo Media LLC (Division of NBC Universal Media, LLC)</u>, No. 1:13-cv-8391 (S.D.N.Y. July 8, 2014), ECF No. 148, on the cases pending before this Court.  The memorandums should be filed within 10 days of the date of this order.  The defendants may file a joint memorandum if they choose to do so.

IT IS SO ORDERED.

SIGNED this 28th day of July, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1