IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 2:12-cv-00764-WCB-RSP |
| | § | |
| CHIPOTLE MEXICAN GRILL, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendants Chipotle Mexican Grill, Inc.; Doctor's Associates, Inc. d/b/a Subway; Marco's Franchising, LLC; Red Robin International, Inc.; Tyson Foods, Inc.; Genghis Grill Franchise Concepts, LP; and Whataburger Restaurants LLC (collectively, "Defendants") Unopposed Motion to Amend Post-Judgment Deadline for Submission of Their Respective Bills of Costs. Dkt. No. 98. The motion is GRANTED. The deadline for submission of their respective Bills of Costs is extended from November 3, 2014, to November 14, 2014.

IT IS SO ORDERED.

SIGNED this 24th day of October, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE